# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-629-MOC-DCK

| | |
|---|---|
| **DEBORAH W. McCORKLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **FNU BRIDGES, FNU SINGER, and the CITY** ) | |
| **OF GASTONIA POLICE DEPARTMENT,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants Motion To Compel" (Document No. 14) filed March 12, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

Defendants Clint Bridges and Craig Singer ("Defendants") assert by the instant motion that *pro se* Plaintiff Deborah W. McCorkle ("Plaintiff") has failed to provide *any* response to their First Set of Interrogatories and Request for Production of Documents served on January 31, 2013. (Document No. 14). Plaintiff's responses were due March 2, 2013. Id. The undersigned observes that to date, Plaintiff has also failed to file any response to the pending motion.

Based on the foregoing, the undersigned respectfully advises Plaintiff that her continued failure to participate in discovery in this case may lead to sanctions, including dismissal of the lawsuit, pursuant to Federal Rules of Civil Procedure 37(b)(2) and/or 41(b).

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Compel" (Document No. 14) is **GRANTED**. Plaintiff shall provide responses to Defendants' discovery requests on or

before **April 18, 2013**.

The Clerk of Court is directed to send a copy of this Order to Plaintiff by certified U.S. mail, return receipt requested.

**SO ORDERED**.

Signed: April 4, 2013

David C. Keesler
United States Magistrate Judge

2